UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

      Plaintiff,

vs.

CONCRETE USA INC,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, CONCRETE USA INC**

Plaintiff, Shane Bayne, files the Return of Service on Defendant, Concrete USA INC

(served on March 11, 2026).

Dated this 13th day of March 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*