## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-21515-JAL

Plaintiff:
**SHANE BAYNE**

vs.

Defendant:
**CONCRETE USA INC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 9th day of March, 2026 at 5:58 pm to be served on **CONCRETE USA INC c/o Julio Ledesma, Registered Agent, 22405 SW 132nd Ct., Miami, FL 33170**.

I, Stefany Camejo, do hereby affirm that on the **11th day of March, 2026** at **2:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Aldey Ledesma** as **Spouse/Co-Resident of RA** of **CONCRETE USA INC**, at the residential address of: **22405 SW 132nd Ct., Miami, FL 33170**, and informed said person of the contents therein, in compliance with Florida statutes 48.081, 48.091, & 48.031(1)(a).

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Hispanic, Height: 5'4", Weight: 155, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145**
(305) 285-4321

Our Job Serial Number: NAY-2026000286

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e