UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

 Plaintiff,

vs.

CONCRETE USA INC,

 Defendant.

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, CONCRETE USA INC

Plaintiff, Shane Bayne, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, moves the Clerk of Court to enter a Default against Defendant, Concrete USA Inc, based on the following good cause:

1. Plaintiff, Shane Bayne, served the Summons and Complaint on Defendant, Concrete USA Inc, on March 11, 2026. [ECF No. 6.]

2. Defendant, Concrete USA Inc, failed to timely file a request for an extension of time from the Court, failed to receive an extension of time from the Court, and otherwise failed to respond to the Complaint such that the Clerk of this Court should now proceed to enter a Default against Defendant, Concrete USA Inc.

### MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket." *Young*

*v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Shane Bayne, requests the Clerk of Courts to issue a Default against Defendant, Concrete USA Inc, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/ECF System on this 3rd day of April 2026, which will effect service on all who appear in this action, and by U.S. Mail on Defendant, Concrete USA Inc, 22405 S.W. 132nd Court Miami, FL, 33170 (the address where served with process in this action).

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*