**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


SHANE BAYNE

               PLAINTIFF(S)

          v.

CONCRETE USA INC,

CASE NUMBER
   1:26–cv–21515–JAL


**DEFAULT BY CLERK F.R.Civ.P.55(a)**


            DEFENDANT(S).


# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Concrete USA Inc**

as of course, on the date April 6, 2026.

                      **Angela E. Noble**
                      CLERK OF COURT

                      By  _/s/ *Jeffrey Adams*_
                      Deputy Clerk

cc:  Judge Joan A. Lenard
     Shane Bayne


**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)