UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

     Plaintiff,

vs.

CONCRETE USA INC,

     Defendant.

_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Shane Bayne, through undersigned counsel and pursuant to the Court's Notice of Court Procedure in Actions Brought Under the Fair Labor Standards Act entered March 9, 2026, [ECF No. 4], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading, and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

### *Information Requested by the Court*

1.     Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours he worked, the pay that he received for those hours, and the corresponding wages due.

2.     Plaintiff prepared this Statement of Claim with the assistance of counsel.

3.     Plaintiff estimates that he is owed **$2,453.15** in unpaid/underpaid overtime wages for work he performed between December 23, 2024, and April 27, 2025.

4.     Plaintiff's estimate of unpaid/underpaid overtime wages is based on the calculations reflected in the spreadsheet attached hereto as Exhibit "A."

5.     Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid overtime wages, plus reasonable attorneys' fees and costs pursuant to the FLSA.

6.     Plaintiff's Statement of Claim is based on the information currently known and/or available to him.

7.     Plaintiff reserves the right to amend this Statement of Claim based on additional information provided by the Defendant, through discovery, and/or as additional/different information becomes known.

8.     This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision throughout the course of discovery and/or amendment of the Complaint.

2

Respectfully submitted this 10th day of April 2026,

Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

3