UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

      Plaintiff,

vs.

CONCRETE USA INC,

      Defendants.

_____/

## PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff, Shane Bayne, having been duly sworn, deposes and states as follows:

1.      I provided labor and services for Defendant, Concrete USA Inc., and initiated this lawsuit to recover the value of the services I earned but was not paid for.

2.      From December 23, 2024, to April 27, 2025, I performed services on behalf of Defendant, Concrete USA Inc., for which I was not compensated.

3.      Although I worked on government projects that should have resulted in my receipt of higher wages and fringe benefits, as required by the Davis-Bacon Act, I was not paid the wages I should have been.

4.      I then requested, through my attorneys, the certified payroll records submitted by Concrete USA Inc. and the applicable wage determinations from Miami-Dade County.

5.      After reviewing and analyzing these records, I calculated that I am owed the total amount of $2,453.15 in unpaid overtime wages, as set forth on the following page:

## Payroll Data / Overtime Wages Owed

| Pay Period Start | Pay Period End | Pay Date | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | Regular Rate Paid | Overtime Rate Paid | Regular Wages Paid | Overtime Wages Paid | Fringes Paid | Total Wages Paid | Proper Hourly Rate | Proper Fringe Rate | Proper Regular Rate | Proper Overtime Rate | Proper Overtime Wages | Overtime Wages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/24 | 12/29/24 | 1/3/25 | 40.00 | 3.30 | 43.30 | $18.76 | $28.14 | $750.40 | $98.49 | $140.94 | $989.83 | $27.00 | $14.90 | $41.90 | $62.85 | $207.41 | $108.92 |
| 12/30/24 | 1/5/25 | 1/10/25 | 40.00 | 0.00 | 40.00 | $18.76 | $0.00 | $750.40 | $0.00 | $129.60 | $880.00 | $27.00 | $14.90 | $41.90 | $62.85 | $0.00 | $0.00 |
| 1/6/25 | 1/12/25 | 1/16/25 | 40.00 | 3.25 | 43.25 | $22.00 | $33.00 | $880.00 | $107.25 | $140.13 | $1,127.38 | $27.00 | $14.90 | $41.90 | $62.85 | $204.26 | $97.01 |
| 1/13/25 | 1/19/25 | 1/23/25 | 40.00 | 4.50 | 44.50 | $22.00 | $33.00 | $880.00 | $148.50 | $144.18 | $1,172.68 | $27.00 | $14.90 | $41.90 | $62.85 | $282.83 | $134.33 |
| 1/20/25 | 1/26/25 | 1/30/25 | 40.00 | 6.00 | 46.00 | $22.00 | $33.00 | $880.00 | $198.00 | $149.04 | $1,227.04 | $27.00 | $14.90 | $41.90 | $62.85 | $377.10 | $179.10 |
| 1/27/25 | 2/2/25 | 2/6/25 | 40.00 | 7.50 | 47.50 | $22.00 | $33.00 | $880.00 | $247.50 | $153.90 | $1,281.40 | $27.00 | $14.90 | $41.90 | $62.85 | $471.38 | $223.88 |
| 2/3/25 | 2/9/25 | 2/13/25 | 40.00 | 7.75 | 47.75 | $22.00 | $33.00 | $880.00 | $255.75 | $154.71 | $1,290.46 | $27.00 | $14.90 | $41.90 | $62.85 | $487.09 | $231.34 |
| 2/10/25 | 2/16/25 | 2/20/25 | 40.00 | 2.25 | 42.25 | $22.00 | $33.00 | $880.00 | $74.25 | $136.89 | $1,091.14 | $27.00 | $14.90 | $41.90 | $62.85 | $141.41 | $67.16 |
| 2/17/25 | 2/23/25 | 2/27/25 | 40.00 | 6.50 | 46.50 | $22.00 | $33.00 | $880.00 | $214.50 | $150.66 | $1,245.16 | $27.00 | $14.90 | $41.90 | $62.85 | $408.53 | $194.03 |
| 2/24/25 | 3/2/25 | 3/6/25 | 40.00 | 8.00 | 48.00 | $22.00 | $33.00 | $880.00 | $264.00 | $155.52 | $1,299.52 | $27.00 | $14.90 | $41.90 | $62.85 | $502.80 | $238.80 |
| 3/3/25 | 3/9/25 | 3/13/25 | 40.00 | 4.25 | 44.25 | $22.00 | $33.00 | $880.00 | $140.25 | $143.37 | $1,163.62 | $27.00 | $14.90 | $41.90 | $62.85 | $267.11 | $126.86 |
| 3/10/25 | 3/16/25 | 3/20/25 | 40.00 | 2.00 | 42.00 | $22.00 | $33.00 | $880.00 | $66.00 | $136.08 | $1,082.08 | $27.00 | $14.90 | $41.90 | $62.85 | $125.70 | $59.70 |
| 3/17/25 | 3/23/25 | 3/27/25 | 40.00 | 1.25 | 41.25 | $22.00 | $33.00 | $880.00 | $41.25 | $133.65 | $1,054.90 | $27.00 | $14.90 | $41.90 | $62.85 | $78.56 | $37.31 |
| 3/24/25 | 3/30/25 | 4/3/25 | 40.00 | 0.25 | 40.25 | $22.00 | $33.00 | $880.00 | $8.25 | $130.41 | $1,018.66 | $27.00 | $14.90 | $41.90 | $62.85 | $15.71 | $7.46 |
| 3/31/25 | 4/6/25 | 4/10/25 | 39.50 | 0.00 | 39.50 | $22.00 | $0.00 | $869.00 | $0.00 | $127.98 | $996.98 | $27.00 | $14.90 | $41.90 | $62.85 | $0.00 | $0.00 |
| 4/7/25 | 4/13/25 | 4/17/25 | 40.00 | 5.00 | 45.00 | $22.00 | $33.00 | $880.00 | $165.00 | $145.80 | $1,190.80 | $27.00 | $14.90 | $41.90 | $62.85 | $314.25 | $149.25 |
| 4/14/25 | 4/20/25 | 4/24/25 | 40.00 | 9.30 | 49.30 | $20.00 | $30.00 | $800.00 | $285.00 | $0.00 | $1,085.00 | $27.00 | $14.90 | $41.90 | $62.85 | $584.51 | $299.51 |
| 4/21/25 | 4/27/25 | 5/1/25 | 40.00 | 10.00 | 50.00 | $22.00 | $33.00 | $880.00 | $330.00 | $0.00 | $1,210.00 | $27.00 | $14.90 | $41.90 | $62.85 | $628.50 | $298.50 |

Total: $2,453.15

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

6.      I am also seeking liquidated damages in the amount of $2,453.15, which is the same amount of my unpaid overtime pay under the FLSA.

7.      In total, I am owed **$4,906.30** in unpaid wages and liquidated damages.

8.      I hired FairLaw Firm to represent me in this case and seek entitlement to recover my attorneys' fees, costs, and reasonable expenses from my former employer.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated: Apr 16, 2026

Shane Bayne (Apr 16, 2026 17:10:37 EDT)

SHANE BAYNE