UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

       Plaintiff,

vs.

CONCRETE USA INC,

       Defendant.

_____/

## PROPOSED FINAL JUDGMENT FOR PLAINTIFF

THIS CAUSE came before the Court on Plaintiff's Motion for Entry of Final Judgment (the "Motion") [ECF No.   ], and the Court, after having reviewed the Motion and the record, and being otherwise duly advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1.     Plaintiff's Motion for Entry of Final Judgment is hereby GRANTED;

2.     Final Judgment entered in favor of Plaintiff, Shane Bayne, and against Defendant, Concrete USA Inc., in the amount of $4,906.30, which includes:

     a.  $2,453.15 in unpaid overtime wages, and

     b.  $2,453.15 in liquidated damages,

for which sum let execution issue.

3.     Plaintiff is the prevailing party and is entitled to recover his reasonable attorneys' fees and costs in an amount to be determined by the Court under 29 U.S.C. §216(b).

4.     The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

DONE and ORDERED in Miami-Dade, Florida, on this ___ day of April 2026.

_____
JUDGE JOAN A. LENARD
SENIOR UNITED STATES DISTRICT JUDGE