UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

      Plaintiff,

vs.

CONCRETE USA INC,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ATTORNEYS' FEES AND COSTS

THIS CAUSE came before the Court on Plaintiff, Shane Bayne's Verified Motion for Attorneys' Fees and Costs [ECF No. 20], filed on June 3, 2026, with time and expense records and costs records [ECF No. 20-1]. The Court has carefully considered the parties' written submissions, the record, and applicable law:

1.     Plaintiff is the prevailing party and is entitled to recover his reasonable attorneys' fees and costs from the Defendants under 29 U.S.C. § 216(b) based on his having recovered a final judgment of $4,906.30 against the Defendant on May 13, 2026. [ECF No. 18]

2.     Plaintiff now seeks attorney's fees of $16,875.75 for the combined total of 56.55 hours expended by his counsel in this case and $609.21 for the costs reasonably expended in his case, for a total award of $17,484.96.

3.     The Court finds the hourly rates requested for Plaintiff's counsel and staff ($635 for Brian Pollock, Esq., $450 for P. Brooks LaRou, Esq., $275 for Katelyn Schickman, Esq., $165 and

$185 for paralegal Steffany Sanguino, and $115 for Paralegal Juan Aragon) to be reasonable and consistent with prevailing market rates in this District.

4.      The Court finds that Plaintiff's counsel reasonably expended the following time in handling this matter and obtaining a favorable judgment:

| Timekeeper | Hourly Rate | Hours | Total |
|---|---|---|---|
| Brian H. Pollock, Esq. | $635 | 6.75 | $4,286.25 |
| P. Brooks LaRou, Esq. | $450 | 2.10 | $945 |
| Katelyn Schickman, Esq. | $275 | 34.2 | $9,405 |
| Steffany Sanguino | $165 | 11.5 | $1,897.50 |
| Steffany Sanguino | $185 | 1.6 | $296 |
| Juan Aragon | $115 | 0.4 | $46 |

ORDERED AND ADJUDGED that Plaintiff's Verified Motion For Attorney's Fees and Costs [ECF No. 20] is GRANTED, as follows:

1.      The Court finds, based on the evidence presented, that Plaintiff's reasonable and recoverable attorney's fees total $16,875.75, and Plaintiff is awarded these fees, and that Plaintiff is entitled to recover $609.21 in taxable costs, and Plaintiff is awarded these costs, all of which shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

2.      Plaintiff is entitled to reasonable fees and costs associated with the collection of the underlying FLSA judgment, and the attorney's fees and costs awarded herein.

DONE AND ORDERED in Chambers on this _____ day of June 2026.

_____
JOAN A. LENARD

SENIOR UNITED STATES DISTRICT JUDGE

cc:     Counsel of record by CM/ECF