

**INVOICE**

**Open (Not Sent)**

**Invoice # 831**

**Invoice Date:** 6/3/2026

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Shane Bayne



| Amount due |
|---|
| 17,484.96 |

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 5/29/2025 | Brian H. Pollock Esq. | Legal | Conduct initial consultation with client; discuss her claims and what to expect; also, reviewed sign-up procedures | 1.00 | 635.00 |
| 6/2/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client with a list of documents we seek in order to start preparing her case. | 0.20 | 33.00 |
| 6/3/2025 | Steffany Sanguino | Paralegal | We received videos from the client showing him working on site, and a text from Carlino Southwest. | 0.10 | 16.50 |
| 6/3/2025 | Katie Schickman Esq. | Email with Others (Not Client) | sent email to MDC housing authority to gather info on federal jobsite (1600 N.W. 3rd Ave, Miami, 33136 (Courtside Apts – North and South Building)) | 0.20 | 55.00 |
| 6/3/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Preservation Letter to Client: instructing them to preserve all relevant documents, data, and information related to her matter. | 0.03 | 19.05 |
| 6/4/2025 | Steffany Sanguino | Paralegal | I emailed the client, following up with documents to get the case started. | 0.20 | 33.00 |
| 6/4/2025 | Steffany Sanguino | Paralegal | I spoke with the client regarding the documents he has. The client informed me that he doesn't have a W2 or 1099 because he started working with the defendant in December 2024. As per the Pay stubs he confirmed, the ones he had were the ones he had dropped off already. He has videos that he can't send via email because they are too large, so we are going to schedule a meeting for him to come into the office to air drop them. The client could not advise me when he could come, so he informed me he would contact me and let me know. | 0.20 | 33.00 |
| 6/4/2025 | Steffany Sanguino | Paralegal | Received and reviewed the client's pay stubs. | 0.20 | 33.00 |
| 6/6/2025 | Katie Schickman Esq. | Email with Others (Not Client) | follow up on the email to MDC regarding the davis-bacon wage | 0.10 | 27.50 |
| 6/6/2025 | Katie Schickman Esq. | Email with Others (Not Client) | email maria nixon in regards to davis bacon wage | 0.10 | 27.50 |
| 6/6/2025 | Steffany Sanguino | Paralegal | I emailed the client to follow up with any other additional documents. | 0.20 | 33.00 |
| 6/6/2025 | Steffany | Paralegal | The client has confirmed he has a total of 47 videos and | 0.10 | 16.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Sanguino | | pictures and will drop off at our office on Monday. | | |
| 6/9/2025 | Katie Schickman Esq. | Phone Call | speak to client. ask him whether he has more information on the project he was assigned to such as contract name or number | 0.20 | 55.00 |
| 6/9/2025 | Katie Schickman Esq. | Email with Others (Not Client) | respond to mdc email and confirm we are asking for davis-bacon and payroll records | 0.20 | 55.00 |
| 6/9/2025 | Steffany Sanguino | Paralegal | Met with the client in person to obtain videos he recorded. | 0.30 | 49.50 |
| 6/10/2025 | Katie Schickman Esq. | Phone Call | lvm for client. we received message from MDC that Courtside is not davis bacon | 0.10 | 27.50 |
| 6/10/2025 | Steffany Sanguino | Paralegal | Reviewed, organized, and renamed the documents received from the client, which included videos, pay stubs, and two screenshots of text messages. | 0.20 | 33.00 |
| 6/10/2025 | Katie Schickman Esq. | Phone Call | 1 ph call to client: called client to inform him MDC corresponded with us to let us know it was not a federally-funded project. 1 ph call from client: wanted to remind us that he received fringe pa. he is not sure what it was for, but it was only received on one check and not the rest of them | 0.40 | 110.00 |
| 6/10/2025 | Katie Schickman Esq. | Draft/revise | work on initial complaint for OT | 0.60 | 165.00 |
| 6/10/2025 | Katie Schickman Esq. | Email with Others (Not Client) | forward email communication we receieved to Miami Dade Housing to Shane with an update | 0.30 | 82.50 |
| 6/19/2025 | Katie Schickman Esq. | Email with Others (Not Client) | email MDC to request information on fringe pay shane received | 0.40 | 110.00 |
| 6/23/2025 | Katie Schickman Esq. | Phone Call | cl requested an update. let him know i had emailed mdc regarding fringe pay and was waiting on a response | 0.20 | 55.00 |
| 6/24/2025 | Katie Schickman Esq. | Email with Others (Not Client) | review email from MDC in regards to records request | 0.10 | 27.50 |
| 6/30/2025 | Katie Schickman Esq. | Email with Others (Not Client) | follow up with miami dade on fringe pay contract | 0.20 | 55.00 |
| 7/1/2025 | Katie Schickman Esq. | Phone Call | speak to cl. let him know that Courtside Apartments is a federal job site and subject to davis bacon & fringe pay | 0.30 | 82.50 |
| 7/1/2025 | Katie Schickman Esq. | Email with Others (Not Client) | respond to mdc with requested information so they can provide federal contract | 0.20 | 55.00 |
| 7/14/2025 | Katie Schickman Esq. | Phone Call | Call Mr. Bayne and request signature on disclosure information for mdc contract | 0.20 | 55.00 |
| 7/14/2025 | Katie Schickman Esq. | Email with Others (Not Client) | receive signature request from miami dade. forward authorization form to mr. bayne for his signature | 0.30 | 82.50 |
| 7/14/2025 | Katie | Email with | receive and review signed authorization request from mr. | 0.20 | 55.00 |

| | Schickman Esq. | Others (Not Client) | bayne | | |
|---|---|---|---|---|---|
| 7/14/2025 | Katie Schickman Esq. | Email with Others (Not Client) | email mdc housing authority signed copy of authorization and dl as requested for disclosure of contract | 0.20 | 55.00 |
| 7/18/2025 | Katie Schickman Esq. | Email with Others (Not Client) | send email to miami dade housing to follow up on un-redacted contract | 0.20 | 55.00 |
| 7/22/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | receive and review public records set by miami dade for courtside apartment projects | 0.30 | 82.50 |
| 7/22/2025 | Katie Schickman Esq. | Email with Others (Not Client) | receive and respond to public records from miami dade county | 0.20 | 55.00 |
| 7/22/2025 | Katie Schickman Esq. | Legal | compare miami dade contract with paystubs provided by mr. bayne | 0.40 | 110.00 |
| 7/23/2025 | Katie Schickman Esq. | Email with Others (Not Client) | draft and send email to miami dade requesting more understandable records and contract rom site | 0.40 | 110.00 |
| 7/24/2025 | Brian H. Pollock Esq. | Legal | Review file to determine what has been done, what needs to be done, and to map out a strategy for the future progress of the case | 0.30 | 190.50 |
| 7/29/2025 | Katie Schickman Esq. | Email with Others (Not Client) | follow up with miami dade county | 0.20 | 55.00 |
| 7/29/2025 | Katie Schickman Esq. | Email with Others (Not Client) | receive and review email from MDC with attached davis bacon wages. add wage sheet to file | 0.30 | 82.50 |
| 8/4/2025 | Katie Schickman Esq. | Email with Others (Not Client) | receive email from miami dade providing clarity on their records | 0.20 | 55.00 |
| 8/4/2025 | Katie Schickman Esq. | Email with Others (Not Client) | forward email from miami dade to bp for his review to help determine course of action | 0.20 | 55.00 |
| 8/5/2025 | Katie Schickman Esq. | Document/File Management | Review file to determine what has been done, what needs to be done, and to map out an updated strategy with BP for the future progress of the case | 0.30 | 82.50 |
| 8/5/2025 | Katie Schickman Esq. | Email with Others (Not Client) | send email to miami dade with january paystub - want to confirm they dont have records for that period. still waiting on clearer copies of redacted version | 0.30 | 82.50 |
| 8/8/2025 | Steffany Sanguino | Paralegal | I emailed the client to follow up with documents. | 0.20 | 33.00 |
| 8/12/2025 | Steffany Sanguino | Paralegal | I received a voicemail from the client requesting a call back. I called him back, but no answer. I sent him a text to find out if he has been able to find a new job. | 0.20 | 33.00 |
| 8/18/2025 | Katie Schickman Esq. | Email with Others (Not Client) | follow up with public records to obtain clear versions of the redacted documents | 0.30 | 82.50 |
| 8/18/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client following up with documents. | 0.20 | 33.00 |

| 8/18/2025 | Steffany Sanguino | Paralegal | I drafted and sent an email to our client requesting a list of potential witnesses for the case. The email included specific instructions on the types of witnesses needed | 0.20 | 33.00 |
|---|---|---|---|---|---|
| 8/18/2025 | Steffany Sanguino | Paralegal | Received confirmation that the client provided us with all documents. | 0.10 | 16.50 |
| 8/20/2025 | Steffany Sanguino | Paralegal | I spoke with the client, and he informed me that he was gathering information regarding his witnesses. He also mentioned he knows of another employee who might be interested in joining his case; however, he needs to confirm because he is still working for the company. I let the client know how to move forward. | 0.20 | 33.00 |
| 8/21/2025 | Katie Schickman Esq. | Phone Call | lvm for miami dade in attempt to f/u on records | 0.10 | 27.50 |
| 8/25/2025 | Katie Schickman Esq. | Draft/revise | work on complaint -save as v2 | 0.70 | 192.50 |
| 8/26/2025 | Steffany Sanguino | Paralegal | I drafted an email to the Miami-Dade recs department requesting records regarding the defendant. | 0.20 | 33.00 |
| 8/28/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review payroll records sent to us by Miami-Dade County | 0.40 | 110.00 |
| 8/28/2025 | Steffany Sanguino | Paralegal | I received an email from Miami Public Records regarding our request for Concrete USA Inc. They are requesting a labor cost of 1 hour. To proceed with our request, we will need to pay $76.52. Conferral with BP to confirm how to proceed. | 0.10 | 16.50 |
| 8/28/2025 | Steffany Sanguino | Paralegal | Received and reviewed two statements from the client's witness, Shauntae Lewis, and Shardeh Smith. | 0.20 | 33.00 |
| 8/28/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client following up with the witnesses that will be disclosed in our Rile 26 | 0.20 | 33.00 |
| 8/28/2025 | Katie Schickman Esq. | Email with Others (Not Client) | respond to miami date - they sent us payroll records and we need applicable rates | 0.20 | 55.00 |
| 8/28/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review and analyze doc from miami dade with applicable rates | 0.40 | 110.00 |
| 8/28/2025 | Steffany Sanguino | Paralegal | Received and reviewed pay records from Miami dade Public records department. | 0.20 | 33.00 |
| 9/2/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | analyze docs provided by miami date to determine which dates records are missing for | 1.00 | 275.00 |
| 9/2/2025 | Katie Schickman Esq. | Draft/revise | send email to miami dade public records | 0.40 | 110.00 |
| 9/3/2025 | Steffany Sanguino | Paralegal | I drafted an email to follow up with the client's witnesses. | 0.20 | 33.00 |
| 9/3/2025 | Katie Schickman Esq. | Email with Others (Not Client) | review email from MDC that our request has been received and they are consulting with their attorney | 0.20 | 55.00 |
| 9/5/2025 | Steffany Sanguino | Paralegal | I received an email from the client requesting a callback. I called the client and we went over his witnesses who will | 0.50 | 82.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | be disclosed in our Rule 26. The client provided their details and information about what they witnessed. | | |
| 9/8/2025 | Katie Schickman Esq. | Email with Others (Not Client) | follow up with miami date to see if they are ready to send docs | 0.20 | 55.00 |
| 9/9/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review less-redacted version of certified payroll provided by miami dade | 0.40 | 110.00 |
| 9/9/2025 | Steffany Sanguino | Paralegal | I texted the client to obtain the official name of his position while working at Concrete USA. | 0.10 | 16.50 |
| 9/9/2025 | Steffany Sanguino | Paralegal | Received and analyzed the pay stubs received from the client and the state-certified payroll report. The pay stubs show several discrepancies, as the client was working 40 hours weekly but receiving checks for 10k, 11k, 13k, 14k, plus overtime. In addition, his pay rate begins at $18.76, increases to $22, and then goes back down to $20 for a week. The state records received do not reflect the employees' positions; it appears their average rate is $26.46 for the client, but his actual rate was $22. It doesn't reflect the client's beginning rate for $18.76 or $20. | 0.80 | 132.00 |
| 9/10/2025 | Katie Schickman Esq. | Email with Others (Not Client) | send email to mdc attempting to schedule phone call for document review | 0.20 | 55.00 |
| 9/12/2025 | Katie Schickman Esq. | Legal | client came into office. requested to urgently speak with attorney. met w him, he provided new evidence & witnesses | 1.10 | 302.50 |
| 9/15/2025 | Steffany Sanguino | Paralegal | I received an email from the client with proof of the applications he has submitted online. The email did not have an attachment. I reached out to the client to inform and request that they send the proofs. | 0.20 | 33.00 |
| 9/15/2025 | Katie Schickman Esq. | Phone Call | client called to ask what to include in his email & to make sure steff received his correspondence | 0.20 | 55.00 |
| 9/15/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive client docs for submitted job applications & organize in file | 0.20 | 55.00 |
| 9/15/2025 | Katie Schickman Esq. | Email with Client | review client applications & confirm receipt of them w/ client | 0.20 | 55.00 |
| 9/15/2025 | Steffany Sanguino | Paralegal | Received proof of applications submitted by the client. The client has not yet found a new job. | 0.20 | 33.00 |
| 9/15/2025 | Katie Schickman Esq. | Email with Others (Not Client) | review email from mr. bayne highligting attempted job searches | 0.20 | 55.00 |
| 9/23/2025 | Steffany Sanguino | Paralegal | I drafted an email to the Strategic Procurement Department requesting public records regarding the contract with Concrete. | 0.20 | 33.00 |
| 9/25/2025 | Katie Schickman Esq. | Email with Client | f/u w cl. he had a contact in the county he was reaching out to for job site records | 0.30 | 82.50 |
| 9/25/2025 | Katie Schickman Esq. | Phone Call | lvm f/u on info | 0.10 | 27.50 |

| | | | | | |
|---|---|---|---|---|---|
| 9/30/2025 | Katie Schickman Esq. | Phone Call | speak to mr. bayne re his Miami-Dade contact. says he has a sit down meeting next week and the should have records | 0.20 | 55.00 |
| 10/6/2025 | Steffany Sanguino | Paralegal | The client called for an update and to inform me that he has not received any records from the state regarding his employment. I also advised the client to continue applying to places and provide us with those records. | 0.20 | 33.00 |
| 10/7/2025 | Katie Schickman Esq. | Email with Client | follow up with mr. bayne; he said he was going to have a sit-down w/ someone from mdc | 0.30 | 82.50 |
| 10/7/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | receive &review email from cl | 0.10 | 27.50 |
| 10/10/2025 | Steffany Sanguino | Paralegal | I emailed the state to confirm the actual total for the records we are requesting. | 0.20 | 33.00 |
| 10/17/2025 | Katie Schickman Esq. | Phone Call | LVM following up on whether he had meeting with county representative | 0.10 | 27.50 |
| 10/17/2025 | Katie Schickman Esq. | Email with Others (Not Client) | Send email to Mr. Bayne following up on whether he had spoken to Miami dade representative | 0.20 | 55.00 |
| 10/20/2025 | Brian H. Pollock Esq. | Email with Client | Draft status update email to Mr. Bayne (re: sent check for records to MDC and the steps to be taken once records received) | 0.22 | 139.70 |
| 10/30/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to follow up with information regarding the mitigation. | 0.20 | 33.00 |
| 11/3/2025 | Katie Schickman Esq. | Email with Others (Not Client) | Send email to miami dade county following up on the public record production for Concrete USA | 0.20 | 55.00 |
| 11/3/2025 | Katie Schickman Esq. | Email with Others (Not Client) | Receive email communication from Alice Hidalgo-Gato | 0.10 | 27.50 |
| 11/4/2025 | Steffany Sanguino | Paralegal | The client confirmed he has not found a new job and is still applying. | 0.10 | 16.50 |
| 11/5/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Public records are ready and available for pickup | 0.20 | 55.00 |
| 11/5/2025 | Steffany Sanguino | Paralegal | We have been informed by the county that we must pick up the requested records in person. | 0.10 | 16.50 |
| 11/7/2025 | Steffany Sanguino | Paralegal | I emailed the section manager of the state requesting the contract, as it was not produced with the paid documents. | 0.20 | 33.00 |
| 11/7/2025 | Steffany Sanguino | Paralegal | Records from the county have been received and reviewed. We are missing the contract with Concrete USA | 0.20 | 33.00 |
| 11/10/2025 | Steffany Sanguino | Paralegal | Received, reviewed, and organized weekly certified payroll records from the county. | 1.20 | 198.00 |
| 11/10/2025 | Steffany Sanguino | Paralegal | I drafted an email to the county following up with our contract request. | 0.20 | 33.00 |
| 11/10/2025 | Brian H. Pollock Esq. | Teleconference with | T/c with Mr. Bayne to provide him with an update on the case and why we have not yet filed it. | 0.20 | 127.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/2025 | Brian H. Pollock Esq. | Legal | Review materials produced by MDC on Friday and then draft email to MDC to address the missing materials, their failure to produce all records, and include an example of a week (4/13/25) where they had records identfiying Mr. Bayne (redactd) but then did not produce the records with this latest batch (unredacted) | 0.60 | 381.00 |
| 11/11/2025 | Steffany Sanguino | Paralegal | After reviewing additional records, we were unable to find any payroll records in the records received for our client. | 0.60 | 99.00 |
| 11/12/2025 | Steffany Sanguino | Paralegal | I drafted an email to Alice Hidalgo from the county to follow up with the public records. I also carbon copied the email that produced the screenshot of Mr. Bayne for April 13, 2025. | 0.20 | 33.00 |
| 11/12/2025 | Steffany Sanguino | Paralegal | We received an email from the client providing us with the contact information for David Chiverton the OBRC Administrator. I drafted an email to Mr. Chiverton following up with his help regarding these records. | 0.30 | 49.50 |
| 11/12/2025 | Steffany Sanguino | Paralegal | Scheduled a call with Alice Hidalgo from the county public records to go over the contracts we seek. | 0.10 | 16.50 |
| 11/12/2025 | Steffany Sanguino | Paralegal | I spoke with Alice Hidalgo, and she explained to me that her office provided us with the records they have for Concrete USA.  They are not the only agency that collects payroll.  They don't handle any housing payroll, which is why they didn't have the records for the client during that project job. | 0.30 | 49.50 |
| 11/20/2025 | Steffany Sanguino | Paralegal | Review file to determine future needs and to organize it for future use | 0.30 | 49.50 |
| 11/20/2025 | Steffany Sanguino | Paralegal | I texted the client to follow up with the mitigation. | 0.10 | 16.50 |
| 11/20/2025 | Steffany Sanguino | Paralegal | I received a text from the client requesting a callback. I called the client back, and he informed me that he started working with a temp agency with Pay Centers. He's not working full-time; he just worked this week for two days. $15/hour; he did 6 hours, and the other $23, 4.5 hours. | 0.30 | 49.50 |
| 11/21/2025 | Katie Schickman Esq. | Legal | Review and audit the file to determine future needs and organize it for future use | 0.30 | 82.50 |
| 11/26/2025 | Steffany Sanguino | Paralegal | Called the client to f.u with the mitigation of the case but no answer. | 0.10 | 16.50 |
| 11/26/2025 | Steffany Sanguino | Paralegal | The client has informed me that he worked two days this week with the temp agency. He still hasn't found anything permanently. | 0.20 | 33.00 |
| 12/2/2025 | Steffany Sanguino | Paralegal | I received a text from the client providing me with the name of a company. I texted him back, asking to confirm if this is the name of the company the temp agency sent him to. | 0.20 | 33.00 |
| 12/15/2025 | Steffany Sanguino | Paralegal | I received an email from the client requesting an update. | 0.10 | 16.50 |
| 12/15/2025 | Brian H. Pollock Esq. | Legal | T/c with Mr. Brown re: the materials we need and then draft email to him to enclose our prior request sent 11/12/25 and the email from Mr. Chiverton re: our request | 0.30 | 190.50 |
| 12/15/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client providing him with an update. I let him know we are still waiting to receive the records. | 0.20 | 33.00 |

| 1/21/2026 | Katie Schickman Esq. | Email with Others (Not Client) | send email to Vincent Brown inquiring which MDC department/office is the correct party to request public records from | 0.20 | 55.00 |
|---|---|---|---|---|---|
| 1/27/2026 | Katie Schickman Esq. | Email with Others (Not Client) | Send email to vinvent brown asking for confirmation as to what department we need to contact for the records | 0.20 | 55.00 |
| 1/28/2026 | Steffany Sanguino | Paralegal | I received a voicemail from the client regarding his emergency contact. I called the client back, and he wanted to update his address and his emergency contact. Details have been added to the notes. | 0.20 | 37.00 |
| 1/29/2026 | Steffany Sanguino | Paralegal | Drafted an email to Mr. Brown following up with KS email regarding the Miami- Dade Department involved with the Courtside Project | 0.20 | 37.00 |
| 2/2/2026 | Katie Schickman Esq. | Email with Others (Not Client) | Mr. Brown confirmed that the SEOPW did not have involvement in Courtside Apartments II | 0.10 | 27.50 |
| 2/2/2026 | Steffany Sanguino | Paralegal | We received information from the Community Redevelopment Agency informing us that they had no involvement with the Courtside Apartment Phase. | 0.10 | 18.50 |
| 2/2/2026 | Katie Schickman Esq. | Phone Call | Phone call with Mr. Bayne. He informed that BDI construction was the general contractor for the job sites and may have the reported wage rates. He has been going from temp-job to temp-job and has not found anything stable | 0.40 | 110.00 |
| 2/9/2026 | Steffany Sanguino | Paralegal | Drafted an email to the BDI department requesting materials. | 0.10 | 18.50 |
| 2/12/2026 | Steffany Sanguino | Paralegal | I drafted an email to BDI following up on their records. | 0.10 | 18.50 |
| 2/17/2026 | Steffany Sanguino | Paralegal | I drafted an email to the BDI department to follow up on their records. | 0.10 | 18.50 |
| 2/19/2026 | Steffany Sanguino | Paralegal | Called BDI to follow up on records, but they were closed for lunch. I sent another email following up. | 0.20 | 37.00 |
| 2/20/2026 | Steffany Sanguino | Paralegal | I called BDI and spoke with Andrea, aloguzzo@bdico.com, who informed me that they did receive our email requesting the records, and that we should receive a response from their attorney regarding this request. I sent her an email after our conversation, following up. | 0.20 | 37.00 |
| 2/20/2026 | Steffany Sanguino | Paralegal | Received an email from BDI regarding the records requested, I was advised that they are not a public agency but a private contractor. If we need records, we must subpoena | 0.10 | 18.50 |
| 2/25/2026 | Katie Schickman Esq. | Legal | Conduct research to determine who i should be reaching out to for records | 0.40 | 110.00 |
| 2/26/2026 | Brian H. Pollock Esq. | Email with Others (Not Client) | Review email history of requests to MDC for responsive records re: the wage determination, application of Davis Bacon Wage, and the requests for records, responsive records, and deficiencies, and demanding we receive responsive materials in 10 days | 0.40 | 254.00 |
| 3/3/2026 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of email from MDC finally enclosing the applicable Wage Determinations and the time / pay records for Mr. Bayne | 0.70 | 444.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/5/2026 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft/revise and then finalize the proposed Complaint for Mr. Bayne, to address the hourly wages and fringe benefits required by the Davis-Bacon Act as applicable to Mr. Bayne's job classification(s) | 1.20 | 762.00 |
| 3/6/2026 | Juan Aragon | Draft/revise | Draft civil coversheet | 0.20 | 23.00 |
| 3/6/2026 | Juan Aragon | Draft/revise | Draft Summons | 0.20 | 23.00 |
| 3/9/2026 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Lenard and Magistrate Judge Fulgeira Elfenbein) | 0.10 | 63.50 |
| 3/9/2026 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Summons issued to Defendant | 0.10 | 63.50 |
| 3/9/2026 | Brian H. Pollock Esq. | Draft/revise | Draft letter to client re: Case filed and what to expect | 0.30 | 190.50 |
| 3/10/2026 | Katie Schickman Esq. | Draft/revise | draft NOA by Katie | 0.20 | 55.00 |
| 3/12/2026 | Katie Schickman Esq. | Draft/revise | Draft NOF Return of Service - Concrete USA INC | 0.20 | 55.00 |
| 3/13/2026 | Katie Schickman Esq. | Draft/revise | Review and finalize NOF return of service | 0.10 | 27.50 |
| 3/18/2026 | Steffany Sanguino | Paralegal | Received an email from the client advising me that while he was working for Keller North America, he noticed a discrepancy in his payments. He requested his pay records from HR, but was denied. | 0.10 | 18.50 |
| 3/18/2026 | Steffany Sanguino | Paralegal | Drafted an email to the client confirming if he had the complaint he made to HR in writing. | 0.10 | 18.50 |
| 3/18/2026 | Steffany Sanguino | Paralegal | Received complaints from the client, emailed to HR. | 0.10 | 18.50 |
| 3/23/2026 | Katie Schickman Esq. | Legal | Mr. Bayne came to the office and brought us documentation. He wanted to discuss the treatment he has received at work and his current job status | 0.50 | 137.50 |
| 3/24/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Letter from Mr. Bayne Re: His Dec 16 - Jan 30 employment. He has inquiries regarding the reporting of potential workplace violations, an incident to his property, and the circumstances surrounding his termination | 0.20 | 55.00 |
| 3/24/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review client background by Mr. Bayne | 0.20 | 55.00 |
| 3/24/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review Mr. Bayne's complaints against Concrete USA | 0.30 | 82.50 |
| 3/25/2026 | Katie Schickman Esq. | Phone Call | Speak to Mr. Bayne re: his classification and the accuracy of his overtime payments | 0.30 | 82.50 |
| 3/25/2026 | Katie Schickman | Legal | Create spreadsheet with information from certified payroll record and checkstubs to formulate an accurate | 2.60 | 715.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Esq. | | calculation of overtime wages owed to Bayne | | |
| 3/30/2026 | Katie Schickman Esq. | Draft/revise | Draft Statement of Claim for Mr. Bayne's overtime | 0.50 | 137.50 |
| 3/30/2026 | Brian H. Pollock Esq. | Draft/revise | Draft MET to File Stmt of Claim | 0.30 | 190.50 |
| 3/31/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review PAPERLESS ORDER denying without prejudice [7] Motion for Extension of Time. | 0.10 | 27.50 |
| 3/31/2026 | Katie Schickman Esq. | Draft/revise | Review local rule 7.1 and draft certificate of conferral for MET | 0.20 | 55.00 |
| 4/3/2026 | Katie Schickman Esq. | Draft/revise | Draft Motion for Default by Clerk | 0.30 | 82.50 |
| 4/3/2026 | Katie Schickman Esq. | Draft/revise | Draft proposed clerk's default | 0.20 | 55.00 |
| 4/3/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review | 0.10 | 27.50 |
| 4/3/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review PAPERLESS ORDER TO SHOW CAUSE. Plaintiff is hereby ORDERED to show cause why this case should not be dismissed for lack of prosecution. The affidavit attached to the [6] Notice of Return of service reflects that Defendant was served on 3/11/2026. More than 21 days have elapsed, and Defendant has not appeared or filed an answer or motion to dismiss the Complaint. Plaintiff has yet to move for default. Accordingly, Plaintiff has up to and through 4/10/2026 to move for default or show why this case should not be dismissed for lack of prosecution. | 0.10 | 27.50 |
| 4/3/2026 | Brooks LaRou Esq. | Draft/revise | Review and final revisions to Plaintiff's Motion for Clerk's Default. | 0.10 | 45.00 |
| 4/6/2026 | Katie Schickman Esq. | Legal | Revise damage calculation to include fringe pay benefits | 0.70 | 192.50 |
| 4/6/2026 | Katie Schickman Esq. | Draft/revise | Revise statement of claim to include calculation of owed fringe pay and revise total overtime owed | 0.70 | 192.50 |
| 4/6/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review Clerk's Entry of Default as to Concrete USA Inc | 0.10 | 27.50 |
| 4/7/2026 | Katie Schickman Esq. | Phone Call | Spoke to Mr. Bayne Re: additional potential claims at the new job sites | 0.50 | 137.50 |
| 4/8/2026 | Brooks LaRou Esq. | Draft/revise | Revisions to Statement of Claim; prepared revised spreadsheet of unpaid overtime wages and review of paystubs and Miami-Dade certified payroll records in connection with same. | 2.00 | 900.00 |
| 4/8/2026 | Katie | Email with | Send Mr. Bayne his statement of claim for his review and | 0.20 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | Client | approval | | |
| 4/9/2026 | Katie Schickman Esq. | Phone Call | Mr. Bayne approves the filing of the statement of claim | 0.10 | 27.50 |
| 4/9/2026 | Katie Schickman Esq. | Draft/revise | Draft letter to Concrete USA enclosing the Clerk's default | 0.20 | 55.00 |
| 4/9/2026 | Katie Schickman Esq. | Draft/revise | Review and finalize statement of claim | 0.10 | 27.50 |
| 4/10/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review PAPERLESS ORDER directing Plaintiff to move for default judgment within fourteen (14) days of the entry of this Order. | 0.10 | 27.50 |
| 4/10/2026 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re statement of claim | 0.30 | 190.50 |
| 4/13/2026 | Brian H. Pollock Esq. | Draft/revise | Draft Cert of Interested Parties | 0.20 | 127.00 |
| 4/15/2026 | Katie Schickman Esq. | Draft/revise | Draft motion for default final judgment | 2.20 | 605.00 |
| 4/15/2026 | Katie Schickman Esq. | Draft/revise | Draft declaration of indebtedness to support Motion for Final Judgment | 0.40 | 110.00 |
| 4/15/2026 | Katie Schickman Esq. | Draft/revise | Draft proposed final judgment | 0.30 | 82.50 |
| 4/15/2026 | Katie Schickman Esq. | Draft/revise | Draft Proposed Order Granting Motion for Default Final Judgment | 0.60 | 165.00 |
| 4/24/2026 | Brian H. Pollock Esq. | Draft/revise | Draft letter to Defendant enclosing a copy of the M/DFJ | 0.20 | 127.00 |
| 4/29/2026 | Katie Schickman Esq. | Phone Call | Mr. Bayne requested an update | 0.30 | 82.50 |
| 5/6/2026 | Katie Schickman Esq. | Phone Call | Phone call with Mr. Bayne He had questions as to how and whether his DOL complaint will affect our pursuit of default final judgment | 0.30 | 82.50 |
| 5/13/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review ORDER granting [17] Motion for Default Judgment. Final Judgment is entered for Plaintiff in the amount of $4,906.30. | 0.10 | 27.50 |
| 5/13/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review PAPERLESS ORDER Closing Case pursuant to entry of Final Judgment. | 0.10 | 27.50 |
| 5/18/2026 | Brian H. Pollock Esq. | Draft/revise | Draft letter to Defendant enclosing the FInal Judgment and advising that we will be seeking fees and costs, and requesting that he contact us to resolve before we. spend more time on the case | 0.30 | 190.50 |
| 5/27/2026 | Katie | Phone Call | Mr. Bayne called for a status update. I let him know the | 0.10 | 27.50 |

| Date | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | | court entered the default and we are working on a motion for fees | | |
| 5/29/2026 | Katie Schickman Esq. | Draft/revise | Draft Plaintiffs motion for attorneys fees and costs | 2.50 | 687.50 |
| 6/1/2026 | Katie Schickman Esq. | Draft/revise | Revise and finalize Plaintiffs verified motion for attorneys fees and costs | 1.20 | 330.00 |

**Services Subtotal:16,875.75**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 10/22/2025 | FairLaw Firm | Postage | Payment for doc reproduction (S. Bayne) | 1.03 |
| 10/22/2025 | FairLaw Firm | Unassigned | Payment for docs. reproduction | 144.92 |
| 3/6/2026 | FairLaw Firm | Filing Fee - Federal Court | Filing Fee - Federal Court | 405.00 |
| 3/12/2026 | FairLaw Firm | Service of Process | Invoice for Service of Process - Concrete USA INC | 56.20 |
| 4/9/2026 | FairLaw Firm | Postage | Entry of Clerk's Default letter | 0.74 |
| 4/24/2026 | FairLaw Firm | Postage | Correspondence Motion for Default Final Judgment and Proposed Final Judgment | 1.32 |

**Expenses Subtotal:609.21**

**Notes:**

**Total:17,484.96**

Payment is due upon receipt.



