UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    1:26-CV-21515-
LENARD/ELFENBEIN

SHANE BAYNE,

Plaintiff,

vs.

CONCRETE USA INC.,

Defendant,

and

TD BANK, N.A,

Garnishee.

_____/

ANSWER OF GARNISHEE,
NOTICE OF DESIGNATION OF
PRIMARY E-MAIL ADDRESS,
AND DEMAND PURSUANT TO
FLORIDA STATUTES § 77.28
FOR PAYMENT BY JUDGMENT
CREDITOR'S COUNSEL OF
TD BANK'S ATTORNEYS' FEES
FLORIDA BAR #472050

Garnishee, TD Bank, N.A. by its undersigned attorney, answers the Writ of Garnishment served on it as follows and, pursuant to Florida Rule of Judicial Administration 2.516, requests that every pleading and every other document filed in connection with this proceeding be served at the e-mail address appearing in the signature block below:

1.    At the time of the service of the Writ of Garnishment, plus one business day to allow TD Bank sufficient time to act expeditiously on the writ, and at all times subsequent to such service, up to and including the time of the making of this Answer, TD Bank's records reflect the following account(s) opened in Florida, which may be subject to the Writ of Garnishment.

| Account Number(s) | Name/Address on Account |
|---|---|
| xxxxxx9971 | Concrete USA Inc<br>22405 SW 132nd Ct<br>Miami FL 33170-4330 |
| xxxxxx5740 | Concrete USA Inc<br>22405 SW 132nd Ct<br>Miami FL 33170-4330 |

In addition, TD Bank's records reflect the following account(s), opened outside of Florida:

| Account Number(s) | Name/Address on Account |
|---|---|
| NONE | |

2.    Pursuant to provisions of §§ 77.06(2) and (3) of Florida Statutes, 31 CFR Part 212 and subject to Court determination of the proper disposition of proceeds of the above account(s), TD Bank has retained the following sums:

| Account Number(s) | Amount Retained |
|---|---|
| xxxxxx9971 | $44,782.52 |
| xxxxxx5740 | $0.00 |

3. Under the terms and conditions of its agreement with its customer, TD Bank has a contractual right of setoff, and it hereby claims this right. Specifically, TD Bank is authorized to offset, among its other rights, a bank processing fee in the amount of $125.00. Said sum, or a portion of said sum, has been taken from the funds in paragraph 2 above and the amount shown reflects the reduced sum held after offset. As such, this is the sum available for garnishment herein.

4. Other than as set forth in 31 CFR Part 212 TD Bank has no obligation to make, and has not made, a factual determination whether any property of the Defendant in its possession or control is subject to any exemption provided to the Defendant by State or Federal Law.

5. TD Bank knows of no other person indebted to the Defendant or any other person who may have any effects, goods, money or chattels of the said Defendant, nor did TD Bank have in its possession or control any other tangible personal property of the Defendant.

6. Having fully answered the Writ of Garnishment served upon it, pursuant to Florida Statutes § 77.28 TD Bank demands that the party applying for such writ shall pay to Zeichner Ellman & Krause LLP, Attn: Barry J. Glickman, Esq., 730 Third Avenue, 16th Floor, New York, New York 10017, the sum of $100. representing partial reimbursement for attorneys' fees expended by TD Bank in responding to this Writ of Garnishment.

WHEREFORE, TD Bank prays this Court enter its judgment determining proper disposition of any funds held pursuant to the Writ of Garnishment and hereby demands payment of statutory garnishment fees to be made payable to TD Bank, N. A.'s attorney.

Dated:     August 3, 2026

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
*Attorneys for Garnishee*
 TD Bank, N.A.
730 Third Avenue
New York, New York 10017
(212) 223-0400
flservice@zeklaw.com

2

I HEREBY CERTIFY that on **August 3, 2026**, a true copy of the foregoing *Answer of Garnishee, Notice of Designation of Primary E-Mail Address, and Demand Pursuant to Florida Statutes § 77.28 for Payment By Judgment Creditor's Counsel of TD Bank's Attorneys' Fees* was furnished by E-mail to **Brian H. Pollack, Esq., Fair Law Firm,** Attorney for Judgment Creditor at**:  brian@fairlawattorney.com.**

By:_____
            Attorney for TD Bank, N.A.