UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

Plaintiff,

vs.

CONCRETE USA INC.,

Defendant,

and

TD BANK, N.A.,

Garnishee.
_______________________________/

**PLAINTIFF'S NOTICE OF FILING SATISFACTION OF GARNISHEE'S ANSWER FEE**

Plaintiff, Shane Bayne, notifies the Court and all parties of the filing of correspondence from the undersigned counsel for Plaintiff evidencing the satisfaction of the Garnishee's Answer Fee, as identified in the Answer of Garnishee, TD Bank, N.A. [ECF No. 24], through payment of FairLaw Firm Check No. 7375 for $100.00 to Zeichner Ellman & Krause LLP, counsel for Garnishee, sent August 5, 2026.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 24th day of August 2026, which will serve all who appeared in this action and by U.S. Mail on Defendant, Concrete USA Inc, 22405 SW 132 Ct, Miami, FL 33170 (the address where served with process in this action).

s/Brian H. Pollock, Esq.

Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*