FairLaw Firm

135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146

TEL 305.230.4884 FAX 305.230.4844

www.fairlawattorney.com

August 5, 2026

Via U.S. Mail
Barry J. Glickman, Esq.,
Zeichner Ellman & Krause LLP
730 Third Avenue, 16th Floor,
New York, New York 10017

**RE:** ***Shane Bayne vs. Concrete USA Inc***
**Case No.: 1:26-CV-21515-LENARD/ELFENBEIN**
**Statutory Garnishment Fee to Garnishee**

Dear Mr. Glickman:

Please find enclosed my firm's Check No. 7375 for $100.00 in satisfaction of the statutory Garnishee's Answer Fee.

Sincerely,

Brian H. Pollock, Esq.
brian@fairlawattorney.com

Encl.

THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN AND ARTIFICIAL WATERMARK ON BACK WITH PADLOCK SECURITY ICON.

FairLaw Firm

**FairLaw Firm**
**Business Operating Account**
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
(305) 230-4884

**Wells Fargo Bank, N.A.**
Miami, FL 33156
63-643/670

7375

DATE 08/05/2026

PAY TO THE ORDER OF Zeichner Ellman & Krause LLP $*100.00

One hundred and 00/100*********************************************************************************************** DOLLARS

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas,
40th Floor
New York, NY 10036

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO BAYNE V. CONCRETE USA 1:26-CV-21515

Security features included. Details on back.

⑈007375⑈ [redacted]

| | | | |
|---|---|---|---|
| FairLaw Firm 08/05/2026 | Zeichner Ellman & Krause LLP | | 7375 |
| | | GARNISHMENT FEES - Bayne | 100.00 |
| OPERATING-WELLSFARGO | | BAYNE V. CONCRETE USA 1:26-CV-21515 | 100.00 |

www.BUSINESSCHECKSONLINE.com