UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

Plaintiff,

vs.

CONCRETE USA INC,

Defendant,

and

TD BANK, N.A.,

Garnishee.
_______________________________/

**PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST GARNISHEE**

Plaintiff, Shane Bayne, through his undersigned counsel and pursuant to Chapter 77, Florida Statutes, moves the Court to issue a Final Judgment Against Garnishee, T.D. Bank, N.A. ("Garnishee"), and directing Garnishee to promptly disburse funds towards satisfaction of the judgment held by the Plaintiff/Judgment Creditor as follows:

1. On May 13, 2026, this Court entered its Final Judgment in awarding Plaintiff the amount of $4,906.30. [ECF No. 18.]

2. Then, on June 30, 2026, this Court entered its Order Awarding Attorneys' Fees and Costs in which it awarded Plaintiff $17,484.96 in attorney fees and taxable costs. [ECF No. 21.]

3. In total, and without accounting for the attorneys' fees and costs incurred in executing on the judgment(s), the Defendant is indebted to Plaintiff and his counsel in the principal amount of $22,391.26.

4. The Final Judgment [ECF No. 18] and the Order awarding attorneys' fees and costs [ECF No. 21] remain unsatisfied and outstanding.

5. The Garnishee served its Answer of Garnishee and Demand for Payment of Attorney's Fees on August 3, 2026, identifying accounts holding a total of **$44,782.52** for Defendant, Concrete USA Inc. [ECF No. 24].

6. Plaintiff served the Defendant with the Garnishment Notice on August 5, 2026. [ECF No. 25].

7. Plaintiff's undersigned counsel thereafter satisfied the Demand for Payment of $100.00 on August 5, 2026 [ECF No. 26].

8. Defendant had 20 days from August 5, 2026 [ECF No. 25], exclusive of the day of service, within which to dissolve or contest the Writ of Garnishment through a permissible filing on this Court's docket.

9. Defendant filed nothing and otherwise failed to timely move to dissolve the Writ of Garnishment.

10. Post-Judgment interest is calculated as follows:

| **Amount** | **Awarded** | **Rate** | **Days** | **Total** |
|---|---|---|---|---|
| $4,906.30 | 5/13/2026 | 3.76% | 105 | **$53.07** |
| $17,484.96 | 6/30/2026 | 3.99% | 57 | **$108.95** |
| $22,391.26 | | | **TOTAL** | **$162.02** |

11. As of the date of filing this Motion, the Plaintiff is entitled to recover the total amount of **$22,553.28**, which includes the amounts awarded by the Court ($22,391.26), interest

thereafter accrued to date ($162.02), and the ($100.00) statutory fee demanded by the Garnishee and paid by Plaintiff's counsel:

a. <u>$4,959.37</u> to Plaintiff since May 13, 2026 [ECF No. 18];

i. Principal amount awarded to Plaintiff of $4,906.30;

ii. Interest on the $4,906.30 to date of $53.07;

b. $17,593.91 to Plaintiff's counsel since June 30, 2026 [ECF No. 21];

i. Fees and costs awarded of $17,484.96;

ii. Interest on the $17,484.96 to date of $108.95; and

c. <u>$100.00</u> statutory fee to Plaintiff's counsel [ECF No. 26].

<u>$459.37</u> + $<u>17,593.91</u> + <u>$100.00</u> = <u>**$22,553.28**</u>

12. Plaintiff requests the Court to enter a Final Judgment against the Garnishee for <u>**$22,553.28**</u> in light of the above.

WHEREFORE Plaintiff, Shane Bayne, respectfully requests that the Court issue a Final Judgment against the Garnishee, T.D. Bank, N.A., pursuant to the Writ of Garnishment in the amount of <u>**$22,553.28**</u>, as set forth above, and to enter the Final Judgment Against Garnishee submitted herewith, and to award such other and further relief as the Court deems just and proper.

**<u>RULE 7.1 CERTIFICATION (EXEMPT)</u>**

Pursuant to Local Rule 7.1, undersigned counsel ***is not required to confer*** with opposing counsel prior to seeking a final judgment against the Garnishee in post-judgment proceedings.

FAIRLAW FIRM

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 26th day of August 2026 through filing in CM/ECF, which will serve all who appeared in this action, and by U.S. Mail on Defendant, Concrete USA Inc, 22405 SW 132 Ct., Miami, FL 33170 (the address where served with process in this action).

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*