UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

Plaintiff,

vs.

CONCRETE USA INC,

Defendants,

and

T.D. BANK, N.A.,

Garnishee.
______________________________/

**FINAL JUDGMENT AGAINST GARNISHEE**

THIS CAUSE came before the Court on Plaintiff's Motion For Final Judgment Against Garnishee [ECF No. __], and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that same is GRANTED:

A Final Judgment is entered against the Garnishee, T.D. Bank, N.A., in the amount of $22,553.28 in satisfaction of the Final Judgment ($4,906.30) [ECF No. 18], the Order Awarding Attorneys' Fees ($17,484.96) [ECF No. 21], post-judgment interest thereon ($53.07 + $108.95), and the Garnishee's Fee paid by Plaintiff's counsel ($100.00) [ECF No. 26], for which sum let execution issue.

Said check is to be made payable to "FairLaw Firm Trust Account" and promptly delivered to FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146.

Done and Ordered in Chambers in Miami, Florida, on this ____ day of August 2026.

______________________________
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies Furnished:
*Counsel of Record by CM/ECF*
Defendant, Concrete USA Inc
22405 SW 132 Ct, Miami, FL 33170