UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21515-LENARD/ELFENBEIN

SHANE BAYNE,

Plaintiff,

vs.

CONCRETE USA INC,

Defendant,

and

TD BANK, N.A.,

Garnishee.
_______________________________/

**PLAINTIFF'S NOTICE OF NO RESPONSE TO HIS MOTION FOR FINAL JUDGMENT AGAINST GARNISHEE [ECF NO. 27]**

Plaintiff, Shane Bayne, through his undersigned counsel, (a) Notifies the Court that neither Defendant, Concrete USA Inc., nor Garnishee, TD Bank, N.A., filed a response in opposition to his Motion for Final Judgment Against Garnishee filed August 26, 2026 [ECF No. 27] within the time permitted by Local Rule 7.1 and (b) HEREBY CERTIFIES that a true and correct copy of this Notice was served on this 14th day of September 2026 through filing in CM/ECF, which will serve all who appeared in this action, and by U.S. Mail on Defendant, Concrete USA Inc, 22405 SW 132 Ct., Miami, FL 33170 (the address where served with process in this action).

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*