**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-21515-CIV-LENARD/ELFENBEIN

**SHANE BAYNE,**

Plaintiff,

**v.**

**CONCRETE USA INC,**

Defendant,

**and**

**T.D. BANK, N.A.,**

Garnishee.
__________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST GARNISHEE**

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Final Judgment Against Garnishee (Doc. 27). Having considered Plaintiff's motion and being otherwise fully advised in the premises, it is **ORDERED and ADJUDGED** that:

1. Plaintiff's Motion for Final Judgment Against Garnishee (Doc. 27) is hereby **GRANTED**.

2. The Clerk of Court is **DIRECTED** to enter final judgment against Garnishee T.D. Bank, N.A., in the amount of $22,391.26 in satisfaction of the Final Judgment ($4,906.30) (Doc. 18) and the Order Awarding Attorneys' Fees ($17,484.96) (Doc. 21).

3. Garnishee T.D. Bank, N.A., is **DIRECTED** to pay Plaintiff post-judgment

interest, which will accrue at the statutory rate as set forth in 28 U.S.C. § 1961.

4. Garnishee T.D. Bank, N.A., is **DIRECTED** to pay Plaintiff an additional $100.00 in costs.

5. Garnishee T.D. Bank, N.A., is **DIRECTED** to pay Plaintiff in the form of a check to the "FairLaw Firm Trust Account" at FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of September, 2026.

Joan A. Lenard

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**